UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN CONTRERAS-REBOLLAR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>U.S.,<br><br>　　　　　Respondent. | CASE NO. 3:15-CV-05471-BHS-JRC<br><br>ORDER TO FILE AN AMENDED PETITION |

The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. § 2254.

Petitioner has named only the United States as respondent. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of petitioner. *See* 28 U.S.C. § 2242. This person is usually the superintendent of the facility in which petitioner is incarcerated. Petitioner's failure to name the correct party deprives this Court

1 | of personal jurisdiction.  *See Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir.
2 | 1994).
3 |       Petitioner is ordered to file an amended petition.  Petitioner's pleading must be filed on or
4 | before August 28, 2015 or the Court will recommend dismissal of this petition for failure to
5 | prosecute and failure to comply with a Court order.
6 |       Dated this 21st day of July, 2015.

_____
J. Richard Creatura
United States Magistrate Judge