UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN CONTRERAS-REBOLLAR,

           Petitioner,

   v.

JAMES KEY,

           Respondent.

CASE NO. C15-5471 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 38. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's grounds 1 and 2 claims are denied as petitioner has failed to demonstrate that the state court's adjudication of his claims was contrary to, or an unreasonable application of federal law;

(3)     Petitioner's grounds 3 and 4 are unexhausted and are dismissed without prejudice; and

ORDER - 1

1     (4)    The Court denies the issuance of a certificate of appealability.

2     Dated this 5th day of October, 2016.

                                             BENJAMIN H. SETTLE
                                             United States District Judge