UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ADRIAN CONTRERAS-REBOLLAR, | CASE NO. C15-5471 BHS |
|---|---|
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| JAMES KEY, | |
| Respondent. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner has failed to demonstrate that the state court's conclusion regarding his Sixth Amendment right to counsel of choice was contrary to, or an

unreasonable application of, clearly established federal law. Accordingly, petitioner is not entitled to relief on this ground and his petition is dismissed;

(3) A certificate of appealability is **DENIED**; and

(4) This case is closed.

Dated this 25th day of August, 2017.

BENJAMIN H. SETTLE
United States District Judge